**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00168-MSK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SHAIAN BIRASHK,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On November 13, 2007, the probation officer submitted a petition for early termination of supervised release in this case. On November 26, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on November 26, 2007, and the United States has not objected to the proposed relief. Accordingly, it is

       ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED this 12th day of December, 2007.

                                 **BY THE COURT:**

                                 */s/ Marcia S. Krieger*
                                 Marcia S. Krieger
                                 United States District Judge